# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: __Bo. Quebradas Arena, Rd. #1 Km. 260, Río Piedras, Puerto Rico, 00926__

Address of Defendant: __See attachment__

Place of Accident, Incident or Transaction: __United States and Puerto Rico generally__
(*Use Reverse Side For Additional Space*)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))  Yes☐ No☒ **(not plaintiff)**

Does this case involve multidistrict litigation possibilities?  Yes☒ No☐

RELATED CASE, IF ANY:
Case Number: __16cv990, 16cv2432__  Judge __Rufe, J. (as to both)__  Date Terminated: __n/a__

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐ No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☒ No☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐ No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐ No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☒ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify) _____

## ARBITRATION CERTIFICATION
(*Check Appropriate Category*)

I, __Bart D. Cohen__, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: __June 27, 2016__   _____[signature]_____   __57606__
                          Attorney-at-Law                  Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____  _____  _____
                      Attorney-at-Law          Attorney I.D.#

CIV. 609 (5/2012)

**César Castillo Inc. v. Allergan PLC, *et al* – Attachment to Designation Form**

**Defendants' Addresses**

1. Allergan plc: 1 Grand Canal Square, Docklands, Dublin 2, Ireland

2. Impax Laboratories, Inc.: 30831 Huntwood Avenue, Hayward, California 94544

3. Lannett Company, Inc.: 9000 State Road, Philadelphia, PA 19136

4. Mylan Inc.: 1000 Mylan Boulevard, Canonsburg, Pennsylvania 15317

5. Mylan Pharmaceuticals Inc.: 781 Chestnut Ridge Road, Morgantown, West Virginia 26505

6. Par Pharmaceutical Companies, Inc.: One Ram Ridge Road, Chestnut Ridge, New York 10977

7. Sun Pharmaceutical Industries, Inc.: 270 Prospect Plains Road, Cranbury, New Jersey 08512

8. West-Ward Pharmaceuticals Corp.: 401 Industrial Way West, Eatontown, New Jersey 07724